**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 315 EAL 2018
                                 :
    Respondent               :
                                 :    Petition for Allowance of Appeal from
                                 :    the Order of the Superior Court
       v.                    :
                                 :
                                 :
ISSA  BENOIT,                    :
                                 :
    Petitioner               :

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.